1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    MAURICE MUHAMMAD,                        No.  2:14-cv-1046 CKD P

12              Plaintiff,

13         v.                                  ORDER

14    SHAFTER M.C.C.F,

15              Defendant.

16

17         Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42

18    U.S.C. § 1983.  In his complaint, plaintiff alleges violations of his civil rights.  The alleged

19    violations took place in Kern County, which is part of the Fresno Division of the United States

20    District Court for the Eastern District of California.  See Local Rule 120(d).

21         Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper

22    division of a court may, on the court's own motion, be transferred to the proper division of the

23    court.  Therefore, this action will be transferred to the Fresno Division of the court.

24         Good cause appearing, IT IS HEREBY ORDERED that:

25         1. This action is transferred to the United States District Court for the Eastern District of

26    California sitting in Fresno; and

27    /////

28    /////

                                              1

1    2.  All future filings shall reference the new Fresno case number assigned and shall be

2  filed at:

3    United States District Court
     Eastern District of California
     2500 Tulare Street
4    Fresno, CA 93721

5  Dated:  April 30, 2014

6                                                           _____
                                                            CAROLYN K. DELANEY
7                                                           UNITED STATES MAGISTRATE JUDGE

8

9

10  1

    muha1046.22
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                              2